MORGAN, LEWIS & BOCKIUS LLP
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
J.P. Schreiber, Bar No. 317829
jp.schreiber@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Daniel N. Rojas, Bar No. 326115
daniel.rojas@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
TFORCE FREIGHT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW D. TAPPIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>TFORCE FREIGHT, INC., a Virginia Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00322-KJM-DB<br><br>**JOINT STIPULATION TO TEMPORARILY STAY ACTION; ORDER**<br><br>Complaint Filed: November 24, 2021<br>Trial Date:         None Set |

1    This Joint Stipulation is made by and between Plaintiff Andrew D. Tappin ("Plaintiff")
2    and Defendant TForce Freight, Inc. ("Defendant") (collectively the "Parties"), by and through
3    their respective undersigned counsel of record, based upon the following facts:
4    On November 24, 2021, Plaintiff filed his Complaint in this wage-and-hour action in
5    Sacramento County Superior Court and served Defendant on January 21, 2022 (the "*Tappin* Class
6    Action") (ECF 1-1);
7    On February 18, 2022, Defendant removed this action to the Eastern District of California
8    (ECF 1);
9    Defendant's deadline to respond to the Complaint is currently set for March 25, 2022;
10   The initial Case Management Conference is currently set for June 30, 2022 (ECF 5);
11   This action is the third putative wage-and-hour class action recently filed against TForce
12   Freight.  The first-filed action is entitled *Donyeisha Mish v. UPS Ground Freight, Inc.*, Case No.
13   3:21-cv-04094-EMC (the "*Mish* Class Action").  The second-filed action is entitled *Victor*
14   *Gonzalez v. TForce Freight, Inc.*, Case No. 3:22-cv-01177-MMC (the "*Gonzalez* Class Action").
15   Both the *Mish* Class Action and the *Gonzalez* Class Action are pending in the Northern District of
16   California.  Both actions involve putative class definitions and claims that substantially overlap
17   with the instant action.  Indeed, all three actions assert putative class claims for unpaid minimum
18   and overtime wages, meal and rest break violations, wage statement violations, waiting time
19   penalties, and violation of California's Unfair Competition law.
20   Given the overlap among these cases, Defendant has prepared a motion to dismiss,
21   transfer, or stay this action under the first-to-file rule (*see Pacesetter Sys., Inc. v. Medtronic, Inc.*,
22   678 F.2d 93, 94-95 (9th Cir. 1982)).  Defendant has also prepared a Rule 12 motion to dismiss or
23   strike the claims in this action.  The Parties have met and conferred regarding these motions.
24   Given that the Parties in the first-filed *Mish* Class Action are set for mediation on May 17, 2022,
25   the Parties here have agreed to request a stipulated stay of this action until 45 days after that
26   mediation (*i.e.*, until July 1, 2022). The Parties further agree that good cause exists for this
27   temporary stay because a stay may eliminate or limit the need to litigate the motions that
28   Defendant is currently prepared to file.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 2:22-cv-00322-KJM-DB

2

JOINT STIPULATION TO
TEMPORARILY STAY ACTION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, that:

(1) This matter shall be stayed until July 1, 2022;

(2) The deadline for TForce Freight to respond to the Complaint shall be July 15, 2022 (i.e., 14 days after the stipulated stay expires);

(3) In the alternative, if the Court declines to enter the temporary stay, the deadline for TForce Freight to respond to the Complaint shall be April 8, 2022; and

(4) This stipulation is without prejudice to the Parties seeking any other relief that may be proper once the stay is lifted, including the relief that Defendant may seek with one or both of the motions that it has prepared. The parties reserve all rights accordingly.

Dated: March 22, 2022                          JAMES HAWKINS APLC

By */s/ Gregory Mauro (as authorized on March 22, 2022)*
James R. Hawkins
Gregory Mauro
Michael Calvo
Jeanne Sarmiento

Attorneys for Plaintiff
ANDREW D. TAPPIN

Dated: March 22, 2022                          MORGAN, LEWIS & BOCKIUS LLP

By */s/ J.P. Schreiber*
Brian D. Berry
J.P. Schreiber
Daniel N. Rojas

Attorneys for Defendant
TFORCE FREIGHT, INC.

ORDER

For the reasons set out in the joint stipulation, this action is temporarily stayed until July 1, 2022.

IT IS SO ORDERED.

DATED: March 31, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE